UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

JEFF HOHLBEIN,

          NO. CIV. 08-1793 WBS EFB

       Plaintiff,

    v.                 ORDER OF RECUSAL

MANI SINGH, dba SIERRA
CHEVRON FOOD MART, and
DOES ONE through FIFTY,
inclusive,

       Defendants.
_____/

----oo0oo----

      Pursuant to the provisions of 28 U.S.C. § 455(b)(4),

the undersigned hereby recuses himself as the judge to whom this

case is assigned because the undersigned has a financial

interest in Chevron Corporation.

      IT IS THEREFORE ORDERED that the Clerk of the Court

reassign this case to another judge for all further proceedings,

making appropriate adjustments in the assignments of civil cases

to compensate for such reassignment.

      Any dates previously set in this case are hereby

1  VACATED.   The parties are referred to the Order Setting

2  Status (Pretrial Scheduling) Conference filed on August 4, 2008.

3  DATED:   September 18, 2008

4

5  _____
   WILLIAM B. SHUBB

6  UNITED STATES DISTRICT JUDGE

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                            2